**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 13-40066-JPG |
| vs. | ) | |
| PATTSY S. PELATE, | ) | Title 21, United States Code, |
| SAMUEL S. JACOBS, a/k/a "Simple Sam," | ) | Sections 841 and 846 |
| JULIE A. KELLER, a/k/a "Julie Smith," | ) | Title 18, United States Code, Section 2 |
| "Julie Keller-Smith," | ) | |
| Defendants. | ) | |

**FILED**

MAY 2 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**Count 1**
**Conspiracy to Manufacture Methamphetamine**

From in or about 2010, through in or about November 2012, in Jackson and Randolph Counties, Illinois, within the Southern District of Illinois, and elsewhere,

**PATTSY S. PELATE,
SAMUEL S. JACOBS, a/k/a "Simple Sam,"
JULIE A. KELLER, a/k/a "Julie Smith," "Julie Keller-Smith,"**

defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally manufacture a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

A ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

_____
STEPHEN R. WIGGINTON
United States Attorney

_____
AMANDA A. ROBERTSON
Assistant United States Attorney

Recommended Bond: Detention