# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **CASE NO. 13-CR-40066-JPG** |
| | ) | |
| **PATTSY S. PELATE,** | ) | |
| *Defendant.* | ) | |

## ORDER

It appearing from the record that the Defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant.

**IT IS SO ORDERED.**

DATED:   October 8, 2020

*s/Mark A. Beatty*
**HON. MARK A. BEATTY**
**UNITED STATES MAGISTRATE JUDGE**